**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHANA MELIUS,

              *Plaintiff(s)*,

    v.

NEW YORK CITY COUNCIL and
COUNCIL MEMBER ANDY KING,
in his individual capacity,

              *Defendant(s)*.
-----------------------------------------------------------------X

Civil Action No. 1:20-cv-05237-ER

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
             S.S.
COUNTY OF NEW YORK)

    **FREDERICK PRINGLE**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 30th day of July, 2020, at approximately the time of 9:00 am, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF JUDGE EDGARDO RAMOS, AND INDIVIDUAL PRACTICES IN CIVIL CASES MAGISTRATE JUDGE SARAH L. CAVE** upon **COUNCIL MEMBER ANDY KING** at 952 East 218th Street, Bronx, NY 10469, by personally delivering and leaving the same with **NEVA SHILLINGFORD KING**, a person of suitable age and discretion, wife, at that address, the actual place of residence. At the time of service, deponent asked **NEVA SHILLINGFORD KING** whether **COUNCIL MEMBER ANDY KING** is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

    **NEVA SHILLINGFORD KING** is a black female, approximately 70 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 150 pounds with brown hair and brown eyes.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

That on the 3rd day of August, 2020, deponent served another copy of the foregoing upon **COUNCIL MEMBER ANDY KING** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**COUNCIL MEMBER ANDY KING**
952 EAST 218TH STREET
BRONX, NY 10469

_____
**FREDERICK PRINGLE, #2067891**

Sworn to before me this
4th day of August, 2020

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com