UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------X

SHANA MELIUS,

                PLAINTIFF

20 Civ. 5237 (ER)
Defendant's Response to
Plaintiff's Demands to
Produce

      -against-

Council Member Andy King*

X------------------------------------------------------X

    PLEASE TAKE NOTICE THAT PURSUANT TO F.R.C.P. AND LOCAL CIVIL RULES 26.3 AND 33.3 of the United States District Court for the Southern District of New York, defendant Andy King by and through his counsel makes the following answers to Plaintiff's Request to Produce.

    1. Defendant King has no documents his possession regarding Plaintiff's personnel file. Defendant was not in possession of these files. Defendant was expelled from the City Council for the City of New York. He was expelled last year in 2020. Any documents that was in the possession of Mr. King was the property of the City Council and kept with the City Of New York City Council and would be in the possession of the City Counsel, their Office of the General Counsel, their Special Counsel, or the Attorneys who represented Mr. King, or their lawyers, ( who were required to sign a non-disclosure agreement). The Human Resources will have any or all these items. Last But Not Least Mr. King was represent by Lauren P. Raysor, Esq. as I did not represent Mr. King in that instance.

    2.    Defendant has none of the records demanded by Plaintiff in his possession. (See answer to response #1.)

3. Defendant does not have any of Plaintiff's Demand to Produce Contained in Request #3.

4. Plaintiff does not have possession of any Documents demanded in pargarth #4, for the reasons stated in Response #1.

5. Plaintiff does not have any of these requests in his possession, for the above stated responded. Any request for a Reasonable Acomdation, would be handled by the City Council's HR Department.

6. Please see the attached exhibits which were included as exhibits and attached with Defendant King's Answer to his complaint. See exhibit A.

7. Objection: Plaintiff's request are overboard and may included privilege information he may have had with his previous counsel at the time or the City Council Committee on Standards and Ethics in Executive session. Defendant has no such information in his possession.

8. See answer to Requests #1 and #7.

9. Defendant King has no documents in his possession in Response to Request # 9.

10, Said documentation is not in the possession of Plaintiff. Counsel would think that these documents are in the possession of the Special Counsel.

11. Objection: Plaintiff's Request #11 is an improper request for Document Production .

12. Plaintiff has no documents in his possession. The proper custodian of records would be the City Counsel Office of Human Resources, or the Special Council or General Council's Office, if said documents exist.

13. No Documents are in Plaintiff's possession, regarding said request.

14. Objection: Said request is overboard. Plaintiff has no knowledge of

any such documents, Moreover, if such documents existed, they would like be protected by medical privacy laws and would require a release from those indivuals. If any such documents exists.

16. Objection: See the answer to Production of Documentation Request #6, Moreover Plaintiff testified in the Standards and Ethics Committee Inquiry, they would have a copy of the transcript, or the General Council's Office or the Special Counsel, Mr. King's previous Counsel. Counsel for Mr. King cannot turn over any transcripts with out a release from their confidential agreement on disclosure of certain documents. Moreover this evidence would be in plaintiff's medical records which she has commented on during her testimony. In the event that this Court says that a transcripts can be given I will make efforts to see if I can help Counsel for the Plaintiff obtain it.

_____
Pamela D. Hayes, Esq.
Counsel for the Defendant
200 West 57th Street Suite 501
New York, New York 10019
212 687-8724  cell (917) 216-6873
Pamhayes7777@gmail.com

_____
Andy King, Defendant
of May 5, 2021

Sworn to me this 5*6
day of May 2021

_____
Notary

CATHERINE BATTLE
Notary Public, State of New York
Reg. No. 01BA6101419
Qualified in Bronx County
Commission Expires Nov 10 20-23

* Andy King is no longer a member of the New York City Council.