# Defendant's Response to Plaintiff's Demand to Produce

# Number 6

# Exhibit 1

Nov 7, 2018, 1:30 PM

Shana McMelius

DOH Commissioner Dr.
Harold Zucker & Executive
Deputy Commissioner -
Corning Tower (518)
474-2011. Associate
Commissioner & Regional
Director Celeste Johnson -
90 Church St, 14th Flr NYC
(212) 417-5550

Morning... Please call about
the waiver.

Just some details

Been trying IVF since 2013
Had 2 failed attempts paid
without insurance.

Subject

Text Message



Morning... headed to 250. If
my knee continues to hurt I
will go to the hosoital. I will
text to let you know. Safe
travel. [ Love you guys! ]

[ Gabrielle Union and
Wade welcome
surrogate after
miscarriages ]



2 People

miscarriages

They used

That's wh

Good morning ok. Prayers

Nov 9 2018

At 250 received message
WFUR Norwood News &

Text Message



AT&T  1:58 PM  100%

< 13

AK S

2 People

Commissioner & Regional
Director Celeste Johnson -
90 Church St, 14th Flr NYC
(212) 417-5550

Morning.... Please call about
the waiver.

Just some details

Been trying IVF since 2013
Had 2 failed attempts paid
without insurance.
Now I have insurance and
the possibility of having 3
more cycles
or surrogate before turning
46.

Please do not forget...time is
of the essence.