UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SHANA MELIUS,

                                                          Plaintiff,

                             **NOTICE OF APPEARANCE**

        -against-

                                             20 Civ. 5237 (ER)

NEW YORK CITY COUNCIL and COUNCIL
MEMBER ANDY KING, in his individual capacity,

                                       Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that Assistant Corporation Counsel Maxwell D. Leighton of the Office of the Corporation Counsel of the City of New York, is appearing in this matter for former Defendant New York City Council ("Council").[1] Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be addressed to me at the address below.

---

[1] This action was dismissed with prejudice as against the Council by stipulation so-ordered by the Court on January 26, 2021. See Docket No. 26.

Dated: New York, New York
May 27, 2021

                          Respectfully submitted,

                          **JAMES E. JOHNSON**
                          Corporation Counsel of the
                            City of New York
                          Attorney for former Defendant Council
                          100 Church Street, Room 2-149
                          New York, New York 10007-2601
                          (917) 613-0952

              By:           /s_____
                          Maxwell D. Leighton
                        Assistant Corporation Counsel
                         mleighto@law.nyc.gov

TO:    Council of Record (Via ECF)