**MEMO ENDORSED**

THE LAW OFFICE OF

# KEVIN MINTZER, P.C.

1350 BROADWAY, SUITE 2220
NEW YORK, NEW YORK 10018

Tel: 646-843-8180
km@mintzerfirm.com

KEVIN MINTZER

September 3, 2021

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     <u>Melius v. Andy King, 20 Civ. 5237 (ER)</u>

Dear Judge Ramos:

I represent Plaintiff Shana Melius in the above matter. I am writing with the consent of Defendant Andy King to seek the Court's permission to take Mr. King's deposition on September 10, 2021. Earlier this week, the Court had granted plaintiff permission to take Mr. King's deposition on September 2, which was three days after the fact deposition deadline. Unfortunately, Mr. King's deposition (which is being done in person) could not proceed yesterday due to the flooding in New York City. September 10 is the earliest date the parties could reschedule the deposition given upcoming holidays and other professional commitments. This request would not require any other change to the existing scheduling order.

Plaintiff is available to answer any questions that the Court may have about this request.

Respectfully submitted,

Kevin Mintzer

cc:     Pamela D. Hayes, Esq. (by ECF)

The request is granted.  The Clerk of Court is respectfully directed to terminate the motion.  Doc. 44.

So ordered.

Edgardo Ramos, U.S.D.J
Dated:   9/3/2021
New York, New York