**Law Office of Pamela D. Hayes**

200 W 57th Street, Suite 501
New York, NY 10019
(212) 687-8724/(917) 216-6873

**November 30, 2021**

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

<u>**Re: Melius v. Andy King, 20 Civ. 5237 (ER)**</u>

Dear Judge Ramos:

Just a note that I have not been up to par and been able to follow court directive in the abovementioned matter.

I had a reaction to my COVID 19 Booster which put me out of work from Wednesday November 10 until Monday November 22, 2021, for a total of thirteen (13) days. Please note that I am going to the doctor to make sure that I can return to work full fledge. If you'd like a note from my doctor as to why I couldn't be engaged for those days, please let me know and will request it.

I spoke to my adversary, Kevin Mintzer, to let him know that I hadn't been feeling well since our last court date on October 28, 2021.Consequently, I am going to need fifteen (15) more days to finish up my discovery which Plaintiff is not objecting to.

I will be able to file the Subpoena Decus Tecum by tomorrow but does need the additional time requested for Plaintiff to object and the City to provide me with those documents.

Respectfully

*Pamela D. Hayes*
Pamela D. Hayes, Esq.
Attorney for Defendant Andy King