UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANA MELIUS,

                Plaintiff,

– *against* –

COUNCIL MEMBER ANDY KING,

                Defendant.

**ORDER**

20 Civ. 5237 (ER)

Ramos, D.J.:

    The pre-motion conference scheduled for March 17, 2022 is hereby adjourned to Wednesday, March 23, 2022 at 10:30 am. The parties are reminded to call (877) 411-9748 and enter access code 3029857# when prompted.

    SO ORDERED.

Dated:   March 15, 2022
            New York, New York

                                                  Edgardo Ramos, U.S.D.J.