UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANA MELIUS,

                Plaintiff,

-v-

COUNCIL MEMBER ANDY KING, in his individual capacity,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 5237 (ER) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      Defendant's request at ECF No. 78 is GRANTED, and the settlement conference scheduled for July 7, 2023 at 10:00 am is RESCHEDULED to **the same day at 9:30 am**, and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York.

      The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 77 at 4–6) remains in effect.  The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **June 30, 2023**.  The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (id. at 7).

      The Clerk of Court is respectfully directed to close ECF No. 78.

Dated:      New York, New York
             June 30, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**