LAW OFFICE OF
**NATHANIEL B. SMITH**
ATTORNEY AT LAW
225 BROADWAY-SUITE 1901
NEW YORK, NEW YORK 10007

NATHANIEL B. SMITH
natbsmith@gmail.com

TEL: 212-227-7062
FAX: 212-656-1090

# MEMO ENDORSED

January 18, 2024

Hon. Edgardo Ramos
Unites States District Court Judge
Southern District of New York
40 Foley Square – Courtroom 619
New York, New York 10007

> The request is granted. Motions in limine, proposed jury instructions, voir dire, and verdict sheets shall be due February 6, 2024. Objections shall be due February 13, 2024. The joint pretrial order shall be due January 26, 2024. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: January 19, 2024
> New York, New York

*Melius v. New York City Council, et al.,*
*20-cv-5237-ER-SLC*

Dear Judge Ramos:

With the consent of opposing counsel, I am writing to the Court to request that the Court approve a proposed schedule for the exchange and filing of pre-trial materials for the jury trial set down on the Court's calendar for February 20, 2024.

The parties have already exchanged lists of exhibits and witnesses and are preparing a form of pre-trial order in accordance with the Court's rules. Based on our discussions and efforts to limit the scope of the trial and objections, the parties jointly request leave to file the Joint Pre-Trial Order by January 26, 2024. There is currently no due date for this submission. The parties also request an adjournment of the date to file motions in limine, proposed jury instructions, voir dire, and verdict sheets, currently scheduled for January 22, 2024, to February 6, 2024, with opposition to the motions in limine due February 13, 2024. The final pre-trial conference in this action is on the Court's calendar for February 15, 2024.

No previous application to adjourn any of the pre-trial submissions has been sough or granted.

Respectfully submitted,

Nathaniel B. Smith

cc: All Counsel (via Email or ECF)